# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| | : | CRIMINAL NO. 5:24-CR-_____ |
| v. | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. § 844(e) |
| NICHOLAS WIMBISH | : | 18 U.S.C. § 876(c) |
| | : | 18 U.S.C. § 1001(a)(2) |
| | : | 18 U.S.C. § 1038(a)(1) |

## INDICTMENT

The grand jury charges:

### GENERAL ALLEGATIONS

At all times material to the Indictment:

1. The Defendant, NICHOLAS WIMBISH, was a resident of Milledgeville, Georgia, which is located in the Middle District of Georgia.

2. Person 1, Person 2, Person 3, and Person 4 are all individuals whose identities are known to the grand jury. Person 1, Person 3, and Person 4 previously served as poll workers in Jones County, Georgia. Person 2 was a resident of Jones County, Georgia. Jones County, Georgia, is located in the Middle District of Georgia.

3. The Federal Bureau of Investigation ("FBI") is a law enforcement agency that is a component of the executive branch of the Government of the United States.

4. On or about October 16, 2024, WIMBISH was working as a poll worker at the Jones County Elections Office, located in Gray, Georgia. WIMBISH wore a lanyard with a badge containing his full name and photo. While working, WIMBISH spoke with a friend and former poll worker, Person 1, who was at the Elections Office to vote. WIMBISH had a verbal altercation

with another voter, Person 2, who was upset that WIMBISH and Person 1 were talking because Person 2 thought their conversation was distracting for voters.

5. At approximately 7:21 p.m. EDT on or about October 16, 2024, WIMBISH used his cell phone to conduct an online search for "Nicholas Wimbish jones county elections." Two of the results of this search were online newspaper articles about WIMBISH, Person 1, Person 3, and Person 4 serving as poll workers.

6. Between approximately 12:52 a.m. and 12:58 a.m. EDT on or about October 17, 2024, WIMBISH used his cell phone to conduct online searches for "post office drop box" and the locations of several United States Postal Service ("USPS") drop boxes in Milledgeville, Georgia.

7. On or about October 17, 2024, WIMBISH mailed a letter using USPS to the Elections Superintendent at P.O. Box 1417, Gray, GA, 31032. The letter was postmarked in Atlanta, Georgia, on or about October 18, 2024.

8. On or about October 22, 2024, the Jones County Elections Office received this letter. The return address said the letter was from a "Jones County Voter."

9. The Elections Superintendent deemed the letter suspicious due to the unusual handwriting on the envelope. The Elections Superintendent put on personal protective equipment and opened the letter in front of a security officer assigned to the building. After reading the letter, the Elections Superintendent immediately contacted local law enforcement

10. The letter was typewritten and addressed, by name, to the Elections Superintendent. It was dated October 17. The letter stated, in part,

> Yesterday I had your young liberal woke idiot Nicholas Wimbish give me hell . . . He tries to influence peoples votes in line . . . I researched a newspaper article about Nicholas Wimbish and other woke liberal fraudsters impostering to be patriots. I found another young dumb liberal idiot guy I stood in line by in that paper too he was talking to. I recognized his picture now I know his name is [Person 1]. I am on the hunt for him because he is a closeted liberal election fraudster like Nicholas

Wimbish. They were conspiring votes in my line then distracting voters from concentrating.

11.     The letter further stated, in part,

I saw young woke libs ladies [Person 3] and [Person 4]. A pic of one young lady has her fucking up my ballot so they all did it to everyone. You allowed them to steal elections from conservatives and they don't even live here! Nicholas said he's in baldwin county. . . . Election fraud is treason so young dumb woke libs got to face punishments. I will do something soon. . . . I'll take one for our team. Your woke liberal should look over their shoulder I have to do whatever it takes for [Candidate A] to win Georgia. I know where they go. I know where they all live because I found home voting addresses for all them. The liberal young men will get beatdown if they fight me. They will get the treason punishment by firing squad if they fight back. . . . They should watch every move they make looking over their shoulder. The ladies are sexy and thick. I will do rage rape. They should watch every move they make and look over their shoulder. I cum when I get enraged about election fraud. It is what [Candidate A] would want me to do to treasonous liberals. I'm so angry we might make a baby. Make sure them all young woke liberals to look over their shoulders. Tell them I know where they live and will find them all one night. I will follow them on the road. You won't stop them so I will stop them from your election fraud. This is how patriots do it. Bad things will happen to prevent civil war. . . . They will learn a violent lesson about stealing our elections!

12.     The letter was signed "Jones county voter." Below the typewritten letter and signature was a handwritten note stating "PS boom toy in early vote place, cigar burning, be safe":



13.     On or about October 23, 2024, FBI Special Agents interviewed WIMBISH. WIMBISH told the FBI Special Agents that he believed the letter was written by the voter he interacted with on or about October 16 (i.e., Person 2). WIMBISH knew that he had written the letter, not Person 2.

3

14. On or about November 4, 2024, FBI Special Agents interviewed WIMBISH again. WIMBISH falsely told the FBI Special Agents that he did not know who conducted an online search of his name. WIMBISH again said he believed Person 2 had written the letter and denied writing the letter himself.

15. The letter addressed to the Elections Superintendent was found in the print spooler of WIMBISH's personal computer.

16. Another document with a date stamp of on or about October 18, 2024 found in the print spooler of WIMBISH's personal computer stated: "CLOSE VOTING WHEN YOU SEE THIS! SOME BAD SHIT IS IN SIDE. I PLACE A BOOM TOY ONLY THE SNIFF DOGS CAN FIND ITS HIDDEN DEEP!"

## COUNT ONE
## (BOMB THREAT)

17. The allegations contained in paragraphs one through 16 are realleged and incorporated as if fully set forth in this paragraph.

18. On or about October 17, 2024, in the Macon Division of the Middle District of Georgia, the Defendant,

**NICHOLAS WIMBISH,**

through the use of the mail willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy any building, vehicle, and other real and personal property by means of fire and an explosive; specifically, WIMBISH sent a letter via USPS falsely threatening "PS boom toy in early vote place, cigar burning, be safe"; all in violation of Title 18, United States Code, Section 844(e).

4

## COUNT TWO
### (FALSE INFORMATION AND HOAXES)

19.  The allegations contained in paragraphs one through 16 are realleged and incorporated as if fully set forth in this paragraph.

20.  On or about October 17, 2024, in the Macon Division of the Middle District of Georgia, the Defendant,

**NICHOLAS WIMBISH,**

engaged in conduct with the intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of Chapter 40 of Title 18 (in particular, 18 U.S.C. § 844(e)); specifically, WIMBISH sent a letter via USPS falsely threatening "PS boom toy in early vote place, cigar burning, be safe"; all in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT THREE
### (MAILED THREAT)

21.  The allegations contained in paragraphs one through 16 are realleged and incorporated as if fully set forth in this paragraph.

22.  On or about October 17, 2024, in the Macon Division of the Middle District of Georgia, the Defendant,

**NICHOLAS WIMBISH,**

with the intent to communicate a true threat of violence, and with knowledge that the communication would be viewed as a true threat of violence, knowingly deposited or caused to be delivered, a communication with or without a name or designating mark subscribed thereto, addressed to another person and containing a true threat to injure the person of the addressee and

of another; specifically, WIMBISH sent a letter via USPS threatening to "hunt" and "beatdown" Person 1; to "rage rape" Person 3 and Person 4; and that Person 1, Person 3, and Person 4 should "look over their shoulders" because he would "follow them on the road" and they "will learn a violent lesson"; all in violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR
### (FALSE STATEMENTS)

23. The allegations contained in paragraphs one through 16 are realleged and incorporated as if fully set forth in this paragraph.

24. On or about October 23, 2024, in the Macon Division of the Middle District of Georgia, the Defendant,

**NICHOLAS WIMBISH,**

in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations; specifically, WIMBISH falsely stated to FBI Special Agents that he believed the letter was written by the voter he interacted with on or about October 16, knowing that he had himself written the letter; all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FIVE
### (FALSE STATEMENTS)

25. The allegations contained in paragraphs one through 16 are realleged and incorporated as if fully set forth in this paragraph.

26. On or about November 4, 2024, in the Macon Division of the Middle District of Georgia, the Defendant,

**NICHOLAS WIMBISH,**

in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations; specifically, WIMBISH falsely stated to FBI Special Agents that he was not the author of the letter, knowing that he had himself written the letter; all in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL,

*s/Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION
U.S. DEPARTMENT OF JUSTICE

*Presented by:*

WILLIAM R. KEYES
ASSISTANT UNITED STATES ATTORNEY

JACOB R. STEINER
TRIAL ATTORNEY

Filed in open court this 19 day of November, 2024.

Deputy Clerk

7