IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| NICHOLAS ALEXANDER WIMBISH, | * | |
| Petitioner, | * | |
| v. | | Case No. 5:25-cv-00551-MTT-CHW |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Respondent. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 22, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 23rd day of September, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk